W. H. FOWLER'S EXECUTORS v. W. CALDWELL'S
ADMINISTRATORS.

In a suit on a general indebtedness, verdict and judgment were errone-
ously rendered in gold; but this court, on appeal, allowed the ap-
pellee to rectify the error, and directed that the judgment stand
affirmed as an ordinary judgment, soluble in legal tender.

APPEAL from Montgomery.   Tried below before the
Hon. James Masterson.

The only material fact is indicated by the opinion of
the court.

*N. Hart Davis*, for the appellants.

*J. R. Peel* and *W. S. Billups*, for the appellees.

WALKER, J.—This was an action to recover money
collected by Fowler in his lifetime from Richard Wil-
liams, who was indebted to Caldwell, in his lifetime.

The jury found for the plaintiffs, and the defendants
appeal to this court.   There is no unfairness in the
charge of the court, nor do we think there is any error
of which the appellants can be heard to complain.
The verdict of the jury is supported by the evidence,
but the verdict was erroneous, in that it found for a
payment in gold coin.

The plaintiffs below have remitted any right which
they might have had under the verdict and judgment to
recover in gold coin, and with this amendment, to-wit,
that the appellees recover their judgment in the district
court in dollars and cents, the judgment is affirmed.

AFFIRMED.